**Dated: October 21, 2020**

**The following is ORDERED:**



Tom R. Cornish
TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: <br><br> JESS W. WILSON AND LAURIE G. WILSON <br><br><br> Debtors. | Case No. 20-8064-TRC <br> (Chapter 13) |

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY
## AND ABANDONMENT OF PROPERTY

On the date hereinafter set forth, this matter comes before this Court upon Motion by Tinker Federal Credit Union, for Relief from the Automatic Stay and Abandonment of Property as set forth in its Motion.

Upon the representation of counsel, the Motion was served on all parties in interest, and no objection has been served within the time to object, which expired on October 20, 2020.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the requested relief from the automatic stay imposed by §362 of the Bankruptcy Code is granted and the Trustee/Debtor(s) are directed to abandon the following described property:

2018 Nissan Maxima; VIN: 1N4AA6AP0JC371407
(the "Property")

IT IS FURTHER ORDERED that the stay of Orders Granting relief from an automatic stay provided in Rule 4001(a)(3) of the Oklahoma Rules of Bankruptcy Procedure does <u>not</u> apply to this order.

IT IS SO ORDERED.

The Movant shall notify all interested parties of this Order.

### 

APPROVED FOR ENTRY:


Joel C. Hall (OBA #13643)
Hall & Ludlam
A Professional Limited Liability Company
210 Park Avenue, Suite 3001
Oklahoma City, OK  73102
405.600.9500 Telephone
405.600-9550 Facsimile
joel@okcfirm.com


Attorneys for Tinker Federal Credit Union