**Dated: March 16, 2021**

**The following is ORDERED:**



*Tom R. Cornish*
TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

___

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

IN RE: JESS WILLIAM WILSON
dba LE TACTICS LLC
LAURIE GRISSOM WILSON
A/K/A LAURIE G WILSON

Debtors.

Bk. Case No. 20-80964
CHAPTER 13

ORDER FOR RELIEF FROM THE AUTOMATIC
STAY AND ABANDONMENT OF PROPERTY
AND WAIVER OF BANKRUPTCY RULE 4001(a)(3)

This matter comes before this Court upon Motion by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, for relief from the automatic stay and abandonment of property as set forth in its Motion.

Upon representation of counsel, the Motion was served on all parties in interest on March 01, 2021, and no objection has been served within the time to object, including applicable allowance of three (3) days for mailing, which expired on March 15, 2021.

IT IS THEREFORE ORDERED that the requested relief from the automatic stay imposed under § 362 of the Bankruptcy Code is granted, that Bankr. Rule 4001(a)(3) is not applicable and Movant may immediately implement and enforce this order granting relief

from the automatic stay and the following described property is hereby deemed abandoned from the bankruptcy estate:

    2016 DODGE TRUCK RAM 3500
    VIN: 3C63RRNL5GG313049

    PROPERTY ADDRESS: 406 W. Electric Avenue, McAlester, OK 74501

The Movant Shall Notify All Interested Parties Of This Order.

                                              (###)

APPROVED FOR ENTRY:

LOGS LEGAL GROUP LLP

BY:  s/Kirk J. Cejda
Kirk J. Cejda  #12241
770 NE 63rd St.
Oklahoma City, OK 73105-6431
(405) 848-1819
Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
(405) 848-2009 (Facsimile No.)
logsecf@logs.com

File No. 21-137107